# United States District Court
## *Southern District of Georgia*
### Brunswick Division

SHEILA CHARRON )
)
vs )
RYAN LEE RESPESS ) CASE NUMBER  CV 204-128
)
)
)

## ORDER

It appearing that no service has been perfected in the above captioned case within 120 days from filing,

IT IS HEREBY ORDERED that said action is dismissed without prejudice for want of prosecution.

**SO ORDERED**, this 23 day of MAY, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 23  A 10: 31
CLERK